IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SUNDOWNER TRAILERS OF ARKANSAS, LLC**                                **PLAINTIFF**

**VS.**                    **CASE NO. 4:11CV00043 JMM**

**SUNDOWNER TRAILERS, INC.**                                **DEFENDANT**

## ORDER

Defendants's Motion for Admission *Pro Hac Vice* of David Burrage as counsel is granted (#6). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, David Burrage is hereby permitted to appear before this Court as counsel for defendant.

IT IS SO ORDERED this ___3___ day of February, 2011.

_____
James M. Moody
United States District Judge